United States District Court
Southern District of Texas
**ENTERED**
August 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHASTITY STEWART, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | §   CIVIL ACTION NO. H-16-948 |
| | § |
| PEARLAND CAPITAL GROUP, LP, | § |
| | § |
| Defendant. | § |

## ORDER

Service of this action, filed on April 7, 2016, has not been effected. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The plaintiff has until August 29, 2016, to show good cause for the failure to effect timely service. If the plaintiff's filings does not show good cause, or unless the plaintiff files proof of service or waiver of service by that date, this case will be dismissed, without prejudice, without further notice.

The initial pretrial conference set for August 26, 2016 is canceled. It will be reset, if appropriate, after proof of service is filed.

SIGNED on August 15, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge