IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHASTITY STEWART, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-948 |
| | § | |
| PEARLAND CAPITAL GROUP, LP, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

For the reasons set forth in the accompanying Memorandum and Opinion, the motion for summary judgment, Docket Entry No. 42, is granted. This case is dismissed, with prejudice.

SIGNED on August 15, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge